388 P.3d 50

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Arwin ECHINEQUE, Defendant–Appellant**

**NO. CAAP–15–0000496**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 25, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14–1–1672)

## MEMORANDUM OPINION

Affirmed.